STATE OF NEW JERSEY v. FRANK DANIEWICZ.

Nov. 20, 1979. Petition for certification denied.

MOLLY BONAPACE v. JOHN B. BONAPACE.

Nov. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MATTHEW SMITH.

Nov. 20, 1979. Petition for certification denied.

NORMA COSSEY v. THE PLANNING BOARD OF THE CITY OF EAST ORANGE.

Nov. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ARCHIE MURPHY.

Nov. 20, 1979. Petition for certification denied. (See 168 *N.J.Super.* 214)

STATE OF NEW JERSEY v. JOHN JOHNSON, JR.

Nov. 20, 1979. Petition for certification denied.